UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

LOUISVILLE WATER COMPANY                                              PLAINTIFF

v.                                                           CIVIL ACTION NO. 3:11CV-717-S

CSX TRANSPORTATION, INC.                                              DEFENDANT

### ORDER

Motion having been made and for the reasons set forth in the memorandum opinion entered this date and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the plaintiff, Louisville Water Company, for remand (DN 7) is **GRANTED** and this action is **REMANDED TO THE JEFFERSON COUNTY, KENTUCKY, CIRCUIT COURT, DIVISION TWO, FOR ALL FURTHER PROCEEDINGS.**

There being no just reason for delay in its entry, this is a final order.

**IT IS SO ORDERED.**

September 14, 2012

Charles R. Simpson III, Judge
United States District Court